Sheffield *v.* Tabb *et al.*

Per Curiam. This is a companion case to *Sheffield* v. *Sheffield*, No. 9692, ante. The two cases involve the same question and were tried together, but separate and identical verdicts were rendered, and the grounds of the motion for new trial are identical. This case is therefore controlled by the rulings made in the case of *Sheffield* v. *Sheffield*.

*Judgment affirmed. All the Justices concur, except Hill, J., absent because of illness.*

